1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
6          1301 Clay Street, Suite 340-S
           Oakland, California 94612
7          Telephone:  (510) 637-3740
           Facsimile:  (510) 637-3724
8          E-Mail:     Joshua.Hill2@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,      )   Case No. 4-08-70733 WDB
                                   )
14          Plaintiff,             )   AMENDED STIPULATION AND ORDER
                                   )   REGARDING WAIVER OF TIME
15     v.                          )   PROVISIONS OF RULE 5.1 AND 18
                                   )   U.S.C. § 3161(b) AND SETTING DATE
16  FRANCISCO ASIS,                )   FOR STATUS HEARING
    (a/k/a Frank Zamora),          )
17                                 )
                                   )
18          Defendant.             )
                                   )
19

20      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,
21  and the defendant through his attorney, Jerome Matthews, that the next hearing on the status of
22  this matter, which is currently set for December 1, 2008, shall be vacated.  The parties agree that
23  the hearing shall be continued to December 10, 2008 at 10:00 a.m.  Defendant and his counsel
24  continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure
25  requiring a preliminary hearing to be held within 10 days of his initial appearance.  The United
26  States and defendant continue to discuss the possible resolution of this matter and expect that the
27  matter will be on for change of plea and sentencing on December 10, 2008.  Defendant's waiver
28

STIPULATED REQUEST TO CONTINUE
HEARING DATE

is based on the need for continuity of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between November 14, 2008 and December 10, 2008.

IT IS SO STIPULATED:

Dated: November 26, 2008              /s/ Jerome Matthews
                                      JEROME MATTHEWS
                                      *Attorney for Defendant*


Dated: November 26, 2008              /s/ Joshua Hill
                                      JOSHUA HILL
                                      Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure, and the parties shall appear for a status hearing in this matter on December 10, 2008 at 10:00 a.m.


Dated: November  26, 2008             [signature]
                                      HONORABLE WAYNE D. BRAZIL
                                      United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE
HEARING DATE                          -2-